```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 34611018493
Cashier ID: waltonb
Transaction Date: 08/10/2020
Payer Name: Wesley Sze

MISCELLANEOUS PAPERS
For: John Doe
Case/Party: D-CAN-5-20-MC-080141-001
Amount:          $47.00

PAPER CHECK CONVERSION
Remitter: Wesley Sze
Check/Money Order Num: 130
Amt Tendered:  $47.00

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:      $0.00

VKD


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```