United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RULE 45 SUBPOENAS ISSUED TO GOOGLE LLC AND LINKEDIN CORPORATION DATED JULY 23, 2020 | Case No. 20-mc-80141-VKD<br><br>**ORDER RE MAGISTRATE JUDGE JURISDICTION** |

This miscellaneous civil discovery matter concerns a motion to quash a subpoena issued in connection with an action in the Southern District of New York, *Spider Labs, Ltd. v. Doe*, No. 20-5457 (S.D.N.Y. July 16, 2020). Dkt. No. 1. Movant John Doe seeks to quash Spider Labs, Ltd.'s subpoenas to Google LLC and LinkedIn Corporation. *Id.* The matter is assigned to the undersigned magistrate judge.

Resolution of Mr. Doe's motion to quash does not require the undersigned magistrate judge to issue judgment or decide any dispositive motion, and this District typically treats such motions as akin to non-dispositive discovery motions within the authority of the assigned magistrate judge. *See* Civil L.R. 72-1; 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court does not believe that consent of the parties is required for the undersigned magistrate judge to adjudicate this matter, subject to consideration of timely objections by a district judge pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2.

If either party disagrees that the undersigned magistrate judge possesses the authority to decide Mr. Doe's motion to quash as a non-dispositive motion under 28 U.S.C. § 636(b)(1)(A), that party shall so advise the Court by filing a response to this order by **September 2, 2020**. Such

1  response shall identify the legal authority on which the party relies for its position.

2  **IT IS SO ORDERED.**

3  Dated: August 26, 2020

                                              VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge