MITCHELL A. KARLAN (*pro hac vice*)
  mkarlan@gibsondunn.com
AVI WEITZMAN (*pro hac vice*)
  aweitzman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

CASSANDRA L. GAEDT-SHECKTER, SBN 280969
  cgaedt@gibsondunn.com
WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:    650.849.5300
Facsimile:    650.849.5333

*Attorneys for Movant John Doe*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE RULE 45 SUBPOENAS ISSUED TO GOOGLE LLC AND LINKEDIN CORPORATION DATED JULY 23, 2020 | Case No. 5:20-mc-80141-VKD<br><br>**JOHN DOE MOVANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO QUASH SUBPOENAS TO GOOGLE LLC AND LINKEDIN CORPORATION**<br><br>Judge:     Hon. Virginia K. DeMarchi<br>Date:     October 27, 2020<br>Time:     10:00 A.M.<br>Courtroom:  2, Fifth Floor |

1    **TO THE COURT AND ALL COUNSEL OF RECORD:**

2        Movant John Doe respectfully submits this Statement of Recent Decision in Support of Doe's

3    Motion to Quash Subpoenas (Dkt. 1).

4        On October 22, 2020, the United States District Court for the District of Arizona entered an

5    order quashing Plaintiff Spider Labs's third-party subpoena to GoDaddy.com, LLC, which had also

6    sought information to discover Doe's true identity.  *See Spider Labs Ltd. v. Doe*, No. 20-mc-39-PHX-

7    SPL (D. Ariz. Oct. 22, 2020), ECF No. 14.  A copy of the court's order is attached as **Exhibit A**.  The

8    court's order addresses the same First Amendment issues that are before this Court, including regarding

9    the appropriate standard for quashal of Spider Labs's third-party subpoenas and whether Spider Labs

10   has established that its underlying claims are meritorious.

11                                    Respectfully submitted,

12   Dated:  October 23, 2020         GIBSON, DUNN & CRUTCHER LLP

13                                    By:    */s/ Avi Weitzman*
                                            Avi Weitzman

14                                    MITCHELL A. KARLAN (*pro hac vice*)
15                                      mkarlan@gibsondunn.com
                                      AVI WEITZMAN (*pro hac vice*)
16                                      aweitzman@gibsondunn.com
                                      GIBSON, DUNN & CRUTCHER LLP
17                                    200 Park Avenue
                                      New York, NY  10166-0193
18                                    Telephone:     212.351.4000
                                      Facsimile:     212.351.4035

19                                    CASSANDRA L. GAEDT-SHECKTER, SBN 280969
20                                      cgaedt@gibsondunn.com
                                      WESLEY SZE, SBN 306715
21                                      wsze@gibsondunn.com
                                      GIBSON, DUNN & CRUTCHER LLP
22                                    1881 Page Mill Road
                                      Palo Alto, CA  94304-1211
23                                    Telephone:     650.849.5300
                                      Facsimile:     650.849.5333

24                                    *Attorneys for Movant John Doe*

25

26

27

28